# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| NAGLA ABDELHALIM,<br><br>   *Plaintiff*,<br><br>v.<br><br>AARON LEWIS, et al.,<br><br>   *Defendants*. | Civil Action No. 1:19-cv-858<br>Hon. Liam O'Grady |

## ORDER

Before the Court is Defendant Armistead Park Homeowners Association, Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 10. The matter is fully briefed, and upon consideration of the arguments before the Court, the motion is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is directed only to replead this matter if further investigation shows that Defendant Armistead Park Homeowners Association, Inc. has a duty to police the conduct alleged.

It is **SO ORDERED**.

October 3, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge